# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Mar 12, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>NATHANIEL RAY DIAZ<br><br>*Defendant(s)* | Case No. 1:25-mj-00021-BAM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2024 through September 2024__ in the county of __Kings__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2251(a) and (e) | Actual and Attempted Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

The attached affidavit of Homeland Security Investigations Special Agent Davis Mendelsohn (incorporated here)

☑ Continued on the attached sheet.

*Complainant's signature*

Davis Mendelsohn - HSI Special Agent
*Printed name and title*

Sworn to me under oath by telephone pursuant to FRCP 4.1:

Date: 3/11/25

*Judge's signature*

City and state: Fresno, California         Hon. Barbara A. McAuliffe - US Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL**

**COMPLAINT AGAINST NATHANIEL RAY DIAZ**

I, Davis Mendelsohn, being first duly sworn, affirm the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have been a special agent (SA) with Homeland Security Investigations (HSI), the investigative component of the United States Department of Homeland Security's Immigration and Customs Enforcement (ICE), since January 2019. I am currently assigned to HSI's Office of the Resident Agent in Charge in Monterey, California. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children. Prior to my employment with HSI, beginning in June 2016, I was a sworn investigator with the California Department of Motor Vehicles (DMV). While employed with the DMV, I conducted investigations related to a variety of criminal and administrative offenses.

2. Throughout my law enforcement career, I have received training on conducting criminal investigations, search and seizure laws, and writing probable cause affidavits. In 2017, I completed a 24-week-long basic police academy in California, and in 2019, I completed the Criminal Investigator Training Program and HSI Special Agent Training program, a total of 26 weeks of training, at the Federal Law Enforcement Training Center in Brunswick, Georgia. Since becoming a federal law enforcement officer, I have written probable cause affidavits in support of multiple federal search warrants and complaints for cases involving the sexual exploitation of children.

3. I make this affidavit in support of a criminal complaint charging Nathaniel Ray DIAZ, a 21-year-old male, with attempted and actual sexual exploitation of a child, a violation of Title 18, United States Code, Sections 2251(a) and (e).

4. The information contained in this affidavit is based upon my personal observations, my training and experience, and information relayed to me by other law enforcement officers. The dates and times in this affidavit are approximate. Furthermore, because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, I have not included every fact related to this investigation.

1

**PROBABLE CAUSE**

SUMMARY

5. In September 2023, Nathaniel DIAZ pleaded no contest in a California superior court to committing lewd and lascivious acts against a minor under 14 years old, a felony violation of California Penal Code Section 288(a), and criminal threats, a misdemeanor violation of California Penal Code Section 422(a). In November 2023, a judge sentenced DIAZ to three years in state prison. The charges stemmed from an instance when DIAZ had sex with a 12-year-old girl ("MV-1" or "Minor Victim 1") and threatened her with a gun.

6. In September 2024, while in custody at Avenal State Prison in Avenal, California, a city in Kings County within the Fresno Division of the Eastern District of California, DIAZ instructed the same child, now 14-years-old, to take sexually explicit images of herself and then send them to Coconspirator 1. Coconspirator 1 then sent multiple images of MV-1, some of which were sexually explicit, to DIAZ. During all of the dates discussed in this affidavit, MV-1 was under 18 years old.

REVIEW OF RECORDED PHONE CALLS

7. In November 2024, a local police department received a report that DIAZ, who was in prison, was communicating with MV-1, the same child victim, now 14 years old, in the case that resulted in DIAZ's three-year prison sentence. On November 26, 2024, based on a referral from the local police department, Special Agent (SA) Joshua Peffley of the California Department of Corrections and Rehabilitation (CDCR) initiated an investigation into DIAZ. During his investigation, SA Peffley determined DIAZ used his own CDCR-issued tablet[1] and the CDCR-issued tablets of other inmates to place thousands of calls to MV-1 between July 5, 2024, and November 25, 2024. During this time period, MV-1 had an active criminal protective order against DIAZ. Furthermore, SA Peffley observed Coconspirator 1 and Coconspirator 2 assisting DIAZ with communicating with MV-1.

---

[1] The State of California, through CDCR, issues tablet computers to incarcerated persons, ostensibly to maintain and strengthen bonds between persons in custody and their outside communities.

      8.      In January 2025, SA Peffley referred information regarding his investigation into DIAZ to me. I learned the following information from reading SA Peffley's report and my own review of CDCR calls:[2]

      a.      On July 4, 2024, DIAZ called Coconspirator 1 at a phone number listed on Coconspirator 1's ViaPath[3] account. During the call, DIAZ asked Coconspirator 1 if he had money on his account to send DIAZ pictures. DIAZ stated he wanted to use Coconspirator 1's account to receive pictures of MV-1. Coconspirator 1 stated he would send the pictures if he received them.

      b.      On July 5, 2024, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at a specific phone number (Phone Number 1). This was the first instance SA Peffley discovered where DIAZ directly called MV-1. During this call, MV-1 was with Coconspirator 2. Earlier on July 5, DIAZ placed multiple video calls to Coconspirator 2 while MV-1 was in the room with Coconspirator 2.

      c.      On July 23, 2024, DIAZ placed a video call to Coconspirator 2. In the call, Coconspirator 2 told DIAZ she did not like that MV-1 was a "minor." Coconspirator 2 told DIAZ he could just wait until MV-1 turned 18 years old, and DIAZ claimed that was the plan.

      d.      On September 4, 2024, at 6:14 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. While listening to this recording, I could hear other inmates talking in the background, and DIAZ occasionally spoke with them:

      i.      Approximately three minutes and 37 seconds into the call, DIAZ instructed MV-1 to put on a thong, specifying, "Pull it tight so your lips go over it and let me see." When MV-1 questioned whether that type of image would make it through CDCR's vetting process, DIAZ stated that he thought it would.

---

[2] Investigators have not reviewed every call between DIAZ and MV-1, as there are thousands of calls over several months.

[3] ViaPath Technologies is a service that provides communication services for correctional facilities.

    ii.  Approximately four minutes and 15 seconds into the call, MV-1 asked DIAZ how she could send the image. DIAZ replied that she could send it to Coconspirator 1, who would then send it to DIAZ.

    iii.  Approximately four minutes and 57 seconds into the call, DIAZ told MV-1, "I want you to do two of them." DIAZ then specified:

> I want you to do one how I was telling you right now. Like, where you're wearing your underwear and just pull hella tight so your lips come out the sides so I can see. But I want you to take one with them off. But I want you to take one with them off, but I want you to go on Snapchat, and I want you to put that blur, that blurry fucking sticker on. You can go on the stickers and search that blur and just make it blurry but not hella blurry but make it blurry where I can see it. I just wanna test it. I just wanna see if I can get it. I just wanna see if it works, that's it. But I want you to make it blurry. You know what I'm talking about?

  e.  On September 4, 2024, at 6:30 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. Approximately eight minutes and seven seconds into the call, DIAZ suggested MV-1 try to "blur" the images to try to get them past CDCR's review. Approximately 12 minutes and 12 seconds into the call, as DIAZ and MV-1 were discussing why MV-1 wanted to go to Bath and Body Works, MV-1 mumbled something inaudible, and DIAZ responded that he wanted her to take the pictures for him. Approximately 13 minutes and 24 seconds into the call, DIAZ again brought up the pictures he wanted MV-1 to take, and MV-1 began discussing, in vague terms, what MV-1 believed DIAZ wanted.

  f.  On September 4, 2024, at 6:46 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. Approximately 13 minutes and 42 seconds into the call, after MV-1 told DIAZ she was singing, DIAZ again asked her for the pictures he requested.

  g.  On September 4, 2024, at 7:01 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. Approximately eight minutes and five seconds into the call, DIAZ stated that he wanted pictures of MV-1 breasts and vagina, some with blurred filters and some without.

  h.  On September 4, 2024, at 7:17 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. Approximately six minutes and 31 seconds into the call,

DIAZ stated he wanted the pictures from MV-1, but that he didn't want her to keep them on her device for a long time. DIAZ then instructed MV-1 to access one of his social media accounts and save the images there before deleting them from her device. Approximately 14 minutes and five into the call, DIAZ commented that he wanted to see MV-1 in person once he completed his remaining six months in prison.

  i. On September 4, 2024, at 7:50 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. After MV-1 greeted DIAZ, DIAZ asked if MV-1 had taken the pictures of her breasts and her "whole thing," and MV-1 replied that she had. Approximately three minutes and 31 seconds into the call, DIAZ again asked MV-1 about the pictures, and MV-1 stated that she put the blurred filter on the naked images of herself.

  j. On September 4, 2024, at 11:32 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. Approximately five minutes into the call, DIAZ told MV-1, "I'm bonin' the fuckin' shit out of you when I go home." DIAZ then said, "This picture is driving me crazy. Did you pull your underwear that tight, or are they just popping out like that?" Based on my investigation and the timing, I believe DIAZ was referring to an image he received from Coconspirator 1 of MV-1 wearing underwear. Later in the call, DIAZ stated, "Babe, I know damn well you pulled your underwear tight. I can see it stretching, bro. You are not gonna sit here and lie to me." DIAZ added, "Babe, I've made love to you. There's no way. I mean, unless it got bigger since I've been gone, but I don't even know if those shit grow or not, do they?" Throughout the rest of the call, DIAZ continued discussing the picture, specifying, "your lips are fucking fat and I'm going crazy and am trying to just stay calm right now."

  k. On September 4, 2024, at 11:47 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1:

    i. Toward the beginning of the call, DIAZ stated:

> I need that picture, like, now. I just wanna see your lips so bad. I just, mm, I just wanna see what's mine. Mmmm. Babe, I'm about to fucking snap, bro. I'm telling you. I'm not even lying, babe. I'm about to fucking snap, bro. I'm about to go crazy. Oh my goodness, I need you. I need that picture.

5

    ii.  Approximately four minutes and 46 seconds into the call, DIAZ asked MV-1, "So who's the other guy you fucked?" After MV-1 replied, DIAZ stated, "You're gonna tell me right now that those fat-ass pussy lips, those moist-ass lips, did not rub on any other guy's fucking dick but mine." DIAZ added, "You're gonna tell me that those lips did not swallow any other dick but mine." When MV-1 asked DIAZ why he used the word "swallow," DIAZ explained, "Cause it's so fucking big, bro. Like, that shit's gonna swallow my fucking dick. You're, mm, ah, my goodness, bro. I, I don't know, babe. I wanna believe you, but I can't." DIAZ continued, "You're telling me those nice, wet, fat, moist pussy fucking lips did not wrap around another guy's dick."

  l.  On September 5, 2024, DIAZ used another inmate's CDCR-issued tablet to call MV-1 multiple times at Phone Number 1. In some of these calls, DIAZ referred to MV-1 by her first name.

    i.  In a call that began at 6:12 PM, DIAZ told MV-1, "I fell in love with you the first moment I laid eyes on you." During a forensic interview with MV-1 described in greater detail later in this affidavit, MV-1 stated she first met DIAZ in 2019 or 2020 when she was about nine or 10 years old and he was about 17 or 18 years old.

    ii.  During a call that began at 8:36 PM, DIAZ asked MV-1 if she had taken his "fucking picture." Later in the same call, DIAZ again asked MV-1, "Did you go take my damn picture?" At the end of the call, MV-1 asked DIAZ for permission to go out, and DIAZ responded, "You can go, but you better not forget my picture," then added, "Or your ass ain't going out no more."

    iii.  During a call that began at 10:01 PM, DIAZ asked MV-1, "Did you take my picture?" MV-1's reply was inaudible, and DIAZ instructed her to send the picture to Coconspirator 1 and upload it to a secure portion of his social media account.

    iv.  During a call that began at 10:17 PM, DIAZ asked MV-1 how she took the sexual pictures of herself, ensuring that the "lips" where "popping out." He then confirmed with MV-1 she had sent the photos to Coconspirator 1. Additionally, DIAZ thanked MV-1 and told her he would "fuck" her "twice as hard" as a reward.

m.  On September 14, 2024, at 2:26 PM, DIAZ used another inmate's CDCR-issued tablet to call MV-1 at Phone Number 1. During the call, DIAZ stated he had not received the sexually explicit pictures from MV-1. MV-1 confirmed she sent the pictures. DIAZ explained he received four pictures from Coconspirator 1, but that Coconspirator 1 stated he sent five pictures. Approximately 12 minutes into the call, DIAZ asked MV-1, "The lips, how much are they showing?" Based on my training and experience and the context of the phone call, I believe DIAZ was asking MV-1 how much of a certain portion of her vagina was visible in a specific image. MV-1 responded, "A lot." DIAZ instructed MV-1 to resend the pictures and that, if they again were rejected by CDCR staff, she would need to retake the pictures while exposing less of her vagina.

REVIEW OF IMAGES SENT FROM CO-CONSPIRATOR 1 TO DIAZ

9.  I subsequently reviewed images sent from Coconspirator 1's ViaPath account to DIAZ's ViaPath account and observed multiple images depicting a female, with her face redacted, in various types of underwear and in various poses. Specifically, while reviewing the images sent from Coconspirator 1 to DIAZ, I learned the following:

a.  Coconspirator 1 sent DIAZ multiple images showing MV-1's face. In the images sent from Coconspirator 1 to DIAZ where the female's face is redacted or otherwise not visible, the female's general appearance is consistent with MV-1.

b.  On September 4, 2024, at 10:47 PM, Coconspirator 1 sent DIAZ a close-up image depicting the front view of a female wearing underwear (Image 1). In Image 1, because the underwear is tight against the female's body, the female's vagina is partially visible through the underwear. Based on my investigation and the timing, I believe this is the image referenced by DIAZ in the previously summarized call with MV-1 on September 4, 2024, at 11:32 PM.

c.  On September 5, 2024, at 10:33 PM, Coconspirator 1 sent DIAZ a close-up image (Image 2) depicting the front view of a female – her belly button down to the middle portion of her thighs in frame – wearing underwear. In the image, the female is displaying a portion of her bare vagina to the camera by wedging the part of her underwear that would normally cover her

pubic region inside her vagina. The female's vagina is the focal point of the image. This image was rejected by the CDCR staff member who reviewed it.

        d.      On September 14, 2024, at 2:39 PM, Coconspirator 1 resent DIAZ the image described in the above paragraph. This image was again rejected by the CDCR staff member who reviewed it. As detailed earlier in this affidavit, DIAZ instructed MV-1 to resend a picture depicting less of her vagina on that same date at approximately 2:38 PM.

FORENSIC INTERVIEW MV-1

        10.      On January 21, 2025, with the consent of MV-1's mother, an HSI forensic interview specialist (FIS) interviewed MV-1 while I observed the interview live from another room. Toward the beginning of the interview, MV-1 provided her full date of birth and age. MV-1 stated she knew DIAZ before he went to prison and that, when she heard Coconspirator 2 speaking with DIAZ on the phone in July 2024, both she and DIAZ asked Coconspirator 2 if they (DIAZ and MV-1) could talk. MV-1 stated that, initially, Coconspirator 2 was hesitant, but then allowed it. MV-1 said she and DIAZ secretly spoke until November 2024 when they were caught speaking by the mother of MV-1's friend.

        11.      MV-1 stated it was her idea to start talking with DIAZ while he was in prison. According to MV-1, Coconspirator 2 instructed MV-1 to only speak with DIAZ in her room and while wearing headphones. MV-1 specified this was to prevent her family members from overhearing her and DIAZ communicating. MV-1 said DIAZ told her to download the TextNow application and that she did so and provided DIAZ with the phone number. During the forensic interview MV-1 listed two phone numbers, one of which was Phone Number 1, as the possible number for her TextNow application.

        12.      MV-1 initially said she did not send DIAZ pictures, as doing so would have cost money. However, when the FIS asked MV-1 to discuss the pictures sent to DIAZ, MV-1 stated DIAZ had a friend named "[Coconspirator 1's first name]." MV-1 stated DIAZ instructed her to send Coconspirator 1 pictures of herself and that Coconspirator 1 would then send the pictures to DIAZ. MV-1 stated she would send the pictures to Coconspirator 1 through TextNow.

        13.      During the interview, the FIS described Image 1, the close-up image depicting the front view of a female wearing underwear that Coconspirator 1 sent to DIAZ on September 4, 2024. Based on the FIS's description and before viewing Image 1, MV-1 stated, "I know." MV-1 stated DIAZ asked her

8

for a picture of her in her underwear. MV-1 stated DIAZ told her to send the picture to Coconspirator 1 and tell Coconspirator 1 to send it to DIAZ. MV-1 reiterated she sent the picture to Coconspirator 1 and that DIAZ told MV-1 to tell Coconspirator 1 to send it to DIAZ. The FIS later showed Image 1 to MV-1, who confirmed it was her in the picture.

14. The FIS also described Image 2, the close-up image depicting a female partially exposing her vagina to the camera. As detailed earlier in this affidavit, Coconspirator 1 sent this image to DIAZ on September 5, 2024, and September 14, 2024, and both times, CDCR staff rejected the image to prevent DIAZ from receiving it. MV-1 recalled the image before viewing it; however, the FIS later showed Image 2 to MV-1, who confirmed it was her in the picture.

15. MV-1 stated she took Image 2, and that DIAZ told her to send it to Coconspirator 1, then told Coconspirator 1 to send it to him (DIAZ). MV-1 stated she was initially hesitant to take the picture and that she did not want to do it, but that DIAZ "begged" for the image. MV-1 stated the underwear in the picture was pulled up because DIAZ wanted to see "more" of MV-1's vagina, but that he instructed her not to show "all of it" to try to prevent CDCR staff rejecting the image. MV-1 stated she sent the picture to make DIAZ happy and so she did not have to feel bad for not sending it.

16. When the FIS asked MV-1 how often she spoke with DIAZ while he was in prison, MV-1 stated, "Oh, we were on the phone all the time." MV-1 further stated, "He wouldn't let me out. I would have to ask him still, because he didn't trust me. Um, and he wanted to be on the phone with me all the time all day because he still didn't trust me." MV-1 specified she had to be on the phone with DIAZ from the time she got out of school until the time the "phones turned off" at the prison, which she stated was at midnight.

17. MV-1 again said DIAZ would not let her go out, even with family, unless MV-1 first received permission from him. MV-1 said that, when she would ask for permission, DIAZ would ask how long she would be gone. MV-1 said DIAZ would threaten to "ground" her if she was out longer than expected. MV-1 brought up a time DIAZ got angry after she got home later than she originally estimated.

18. MV-1 stated she spoke to DIAZ every day and stated, "I couldn't even get a break from not being on the phone with him." MV-1 said she initially did not mind being on the phone with DIAZ

9

all the time, but after some time, she felt suffocated and was upset she could not go out or call her friends.

19. At the end of the interview, I played a portion of the recording of the call DIAZ made to MV-1 on September 4, 2024, at 6:14 PM. This was the call, summarized earlier in this affidavit, where DIAZ initially instructed MV-1 to take Image 2. I asked MV-1 if she could identify the individuals conversing in the recording. After listening to less than 40 seconds of the call, MV-1 stated the recording featured DIAZ and her and identified the call as when DIAZ asked for Image 2.

## CONCLUSION

20. Based on my review of SA Peffley's report, recordings from calls DIAZ made from prison, images sent from Coconspirator 1 to DIAZ, and the forensic interview of MV-1, I believe there is probable cause to conclude DIAZ committed a violation of federal law. Specifically, I believe this affidavit shows there is probable cause that DIAZ sexually exploited a minor and/or attempted to do so, a violation of Title 18, United States Code, Sections 2251(a) and (e).

21. I declare under penalty of perjury under the laws of the United States that the information in this affidavit is true and correct.

Respectfully submitted,

Davis Mendelsohn
Special Agent
Homeland Security Investigations

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), on March 11 2025.

Honorable Barbara A. McAuliffe
United States Magistrate Judge

10

Reviewed and approved as to form:

/s/ David Gappa
David Gappa
Assistant U.S. Attorney